OSCN Found Document:STATE OF OKLAHOMA ex rel OBA v. ZAHL

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 STATE OF OKLAHOMA ex rel OBA v. ZAHL
2025 OK 66
Case Number: SCBD-7958
Decided: 10/06/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 66, __ P.3d __

 

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
TRACY SMITH ZAHL, Respondent.

ORDER APPROVING RESIGNATION
PENDING DISCIPLINARY PROCEEDINGS

¶1 Before this Court is (1) the affidavit of Tracy Smith Zahl ("Respondent") filed pursuant to Rule 8.1 of the Rules Governing Disciplinary Proceedings ("RGDP"), 5 O.S.2021, ch. 1, app. 1-A, requesting that this Court allow her to resign her membership in the Oklahoma Bar Association and relinquish her right to practice law, and (2) Oklahoma Bar Association's ("Complainant") Application for Order Approving Resignation Pending Disciplinary Proceedings.

¶2 Respondent was admitted to the Oklahoma Bar Association on September 27, 2005, and was publicly reprimanded by this Court on January 31, 2011, in State ex rel. Oklahoma Bar Ass'n v. Smith, 2011 OK 8246 P.3d 1090

¶3 Respondent is aware her resignation is subject to the approval of this Court, and she intends it to be effective from the date of its execution.

¶4 Respondent's affidavit provides:

(a) She acknowledges the Office of the General Counsel for the Oklahoma Bar Association is investigating the following charges against Respondent:

i. State of Oklahoma v. Tracy Smith Zahl, Oklahoma County, Case No. CM-2021-2832: On July 23, 2025, Zahl was arrested and charged with (Count 1) Threatening to Perform an Act of Violence in violation of 21 O.S. § 137821 O.S. § 1172

ii. State of Oklahoma v. Tracy Smith Zahl, Oklahoma County, Case No. CF-2025-3503: On August 1, 2025, Zahl was charged with (Count 1) Attempted Kidnapping in violation of 21 O.S. § 741

iii. State of Oklahoma v. Tracy Smith Zahl, Oklahoma County, Case No. CF-2025-3516: On August 1, 2025, Zahl was charged with (Count 1) Assault and Battery upon a Police Officer in violation of 21 O.S. §§ 646

(b) She understands that if the allegations set forth in paragraph 4(a)(i)-(iii) are proven, her conduct would constitute violations of Rule 8.4(b) of the Oklahoma Rules of Professional Conduct ("ORPC"), 5 O.S.2025, ch. 1, app. 3-A, Rule 1.3, RGDP, and her oath as an attorney. Respondent waives her right to contest these allegations before this Court.

(c) She recognizes that she may be reinstated to practice law only upon full compliance with the conditions and procedures prescribed by RGDP 11, and that she may make no application for reinstatement to the practice of law prior to the expiration of five (5) years from the effective date of the Order approving her Resignation Pending Disciplinary Proceedings. She is familiar with and agrees to comply with Rule 9.1, RGDP, within twenty (20) days following the date of her resignation.

(d) She acknowledges that the Client Security Fund may receive claims from her former clients and agrees that should the Oklahoma Bar Association approve and pay such claims, she will reimburse the Client Security Fund for the principal amounts and the statutory interest before filing any application for reinstatement to the practice of law.

(e) She agrees to cooperate with the Office of the General Counsel in identifying any active client cases wherein documents and files need to be returned to the client or forwarded to new counsel, and cases where she owes fees or refunds to clients.

(f) She acknowledges that the Oklahoma Bar Association has not incurred costs in its investigation of these matters.

(g) She affirms she will tender her Oklahoma Bar Association membership card to the Office of the General Counsel or destroy it.

¶5 The effective date of Respondent's resignation is October 6, 2025.

¶6 This Court finds Respondent's resignation pending disciplinary proceedings is in compliance with all requirements set forth in Rule 8.1, RGDP, and is accepted.

¶7 Respondent's OBA number is 20850, and her official roster address is 3725 ½ N. Lee Avenue, Oklahoma City, Oklahoma 73118.

¶8 IT IS ORDERED that Complainant's Application for Order Approving Resignation Pending Disciplinary Proceedings is approved.

¶9 IT IS FURTHER ORDERED that Respondent's name be stricken from the Roll of Attorneys, and that she makes no application for reinstatement to membership in the Oklahoma Bar Association before the expiration of five (5) years from the effective date of this order.

¶10 IT IS FURTHER ORDERED that Respondent comply with Rule 9.1, RGDP, and return all client files and refund unearned fees.

¶11 IT IS FURTHER ORDERED that as a condition of reinstatement, Respondent shall reimburse the Client Security Fund for any monies expended because of her malfeasance or nonfeasance.

¶12 IT IS FURTHER ORDERED that Complainant has not sought reimbursement of costs associated with its investigation of this matter, and therefore, no reimbursement is ordered.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 6th DAY OF OCTOBER, 2025.

/s/_______________________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105